IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) No. | 1:25CR112SNLJ-ACL |
| vs. | ) | |
| | ) 18 U.S.C. § 875(c) | |
| CLAYTON D. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

FILED AUG 05 2025 U.S. DISTRICT COURT EASTERN DISTRICT OF MO CAPE GIRARDEAU

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about July 17, 2025, in Cape Girardeau County and elsewhere within the Eastern District of Missouri,

**CLAYTON D. SMITH,**

the defendant herein, did knowingly transmit in interstate commerce threats to injure other persons, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY

_____
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY

1