1:25-cr-00112-SNLJ-ACL IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:25-cr-00112-SNLJ-ACL |
| CLAYTON D. SMITH, | ) |
| Defendant. | ) |

# DEFENDANT'S RESPONSE TO GOVERNMENT'S REQUEST FOR PRETRIAL DISCLOSURE OF EVIDENCE OR INFORMATION

COMES NOW, the Defendant, by and through his Attorney, Phil R. Dormeyer, and for the Defendant's Response to the Government's Request for Pretrial Disclosure, states and alleges as follows:

## A. RESPONSE TO GOVERNMENT'S REQUEST FOR PRODUCTION OF STATEMENTS OF WITNESSES

At this time, Defendant does not possess or control any statements of witnesses who will be called to testify at trial on behalf of Defendant that relates to the subject matter of which the witnesses will testify. Even if Defendant were in possession of such statements, Fed. R. Crim. P. 26.2 does not require the disclosure of any such statements until after the witness has testified on direct examination at trial. Nevertheless, Defendant agrees that he will provide pretrial disclosure of all witness statements pursuant to Fed. R. Crim. P. 26.2 after the witness testifies on direct examination. This agreement is conditioned upon full performance of the Government's reciprocal agreement in this regard.

1

**B. RESPONSE TO GOVERNMENT'S REQUEST FOR NOTICE OF ALIBI WITNESSES**

The Government has filed a Motion for Notice of Alibi Witnesses, pursuant to Fed. R. Crim. P. 12.1.

Defendant is at this time without sufficient knowledge and information as to his whereabouts on the dates set forth in the Indictment with which to determine whether or not he will rely on the defense of alibi as to the Indictment.

Accordingly, Defendant cannot at this time notify the Government of his intention to rely on the defense of alibi, nor can Defendant notify the Government at this time of the names, addresses, and telephone numbers of any witnesses he may call to support said defense.

In the event Defendant becomes cognizant of his whereabouts on the dates in question, so as to present a defense of alibi, he will immediately notify the Court and Counsel for the Government of his intention to rely on said defense, and will provide the place where Defendant claims to have been at the time of the alleged offense and the names, addresses, and telephone numbers of any witness upon which he may rely to support such a defense.

**C. RESPONSE TO GOVERNMENT'S REQUEST FOR DISCLOSURE PURSUANT TO RULE 16 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

A. <u>Documents and Tangible Objects</u>

Defendant does not, at this time, possess, have custody or control of any photographs, books, papers, documents, tangible objects, or copies or portions thereof which Defendant intends to introduce as evidence in chief at trial. However, upon receipt of said materials, Defendant will notify Counsel for the Government and will make said materials available for inspection and copying at that time.

B. Reports of Examinations and Tests

Defendant does not, at this time, possess or control any results or reports of physical or mental examinations or of scientific tests or experiments made in connection with this case, or copies thereof, which Defendant intends to introduce as evidence in chief at trial or which were prepared by a witness whom Defendant intends to call at trial. However, upon receipt of said materials, Defendant will notify Counsel for the Government and will make said materials available for inspection and copying at that time.

C. Expert Witnesses

Defendant does not, at this time, intend to introduce testimony at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence. Should Defendant develop such an intention, he will promptly disclose to the Government a written summary of the testimony he intends to use under these rules, which summary will describe the opinions of the witnesses, the basis and reasons therefore, and the witnesses' qualifications.

    Respectfully submitted,

    THE STATLER LAW FIRM, L.C.

    /s/ Phil R. Dormeyer
    PHIL R. DORMEYER
    MISSOURI BAR # 60202
    FEDERAL BAR #  60202MO
    107 S. Broadview St.
    Cape Girardeau, MO  63703
     (573) 651-4855 Fax (573) 651-0507
    ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing was electronically filed and served to the following counsel of record on this 18th day of August, 2025.

John Nicholas Koester , Jr.
UNITED STATES ATTORNEYS OFFICE - Cape Girardeau
555 Independence
Room 3000
Cape Girardeau, MO 63703
573-334-3736
Fax: 573-335-2393
Email: john.koester@usdoj.gov

                                            STATLER LAWYERS

                                            /s/ Phil R. Dormeyer
                                            PHIL R. DORMEYER
                                            MISSOURI BAR # 60202
                                            FEDERAL BAR  # 60202MO
                                            107 S. Broadview St.,
                                            Cape Girardeau, MO  63703
                                            (573) 651-4855 Fax (573) 651-0507
                                            ATTORNEY FOR DEFENDANT